## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Middle District Pennsylvania |
|---|---|

| Name (under which you were convicted): Jonathan Cornish | Docket or Case No.: 1:22-CV-0451 |
|---|---|
| Place of Confinement: SCI-Fayette | Prisoner No.: LR8518 |

| Petitioner (include the name under which you were convicted) Jonathan Cornish | v. | Respondent (authorized person having custody of petitioner) Eric Armal |
|---|---|---|
| The Attorney General of the State of | | |

**FILED SCRANTON MAR 25 2022 Per DEPUTY CLERK**

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Dauphin County Court of Common Pleas, Dauphin County Pennsylvania

   (b) Criminal docket or case number (if you know): 1433 CR 2013

2. (a) Date of the judgment of conviction (if you know): August 21, 2014

   (b) Date of sentencing: August 21, 2014

3. Length of sentence: Life plus 20-40 years Concurrent

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Homicide and Criminal Attempt Homicide

6. (a) What was your plea? (Check one)
   (1) Not guilty ☑
   (2) Guilty ☐
   (3) Nolo contendere (no contest) ☐
   (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

   Jury ☑        Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   Yes ☑ No ☐     Trial

8.  Did you appeal from the judgment of conviction?

   Yes ☑ No ☐

9.  If you did appeal, answer the following:

   (a) Name of court: Superior Court of Pennsylvania

   (b) Docket or case number (if you know): 1562 MDA 2014

   (c) Result: Judgment of Sentence Affirmed

   (d) Date of result (if you know): ~~July~~ June 29, 2015

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: 1) Whether the trial Court erred in denying Batson Challenge; 2) Whether trial Court erred denying motion to exclude photographs

   _____

   _____

   _____

   (g) Did you seek further review by a higher state court?   Yes ☑ No ☐

      If yes, answer the following:

      (1) Name of court: Supreme Court of Pennsylvania

      (2) Docket or case number (if you know): 581 MAL 2015

      (3) Result: Allowance of Appeal denied

      _____

      (4) Date of result (if you know): December 30, 2015

      (5) Citation to the case (if you know): _____

      (6) Grounds raised: Whether Superior Court erred in affirming Batson Challenge; 2) Whether Superior Court erred in affirming admission of Photographs

      _____

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐  No ☑

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _Dauphin County Court of Common Pleas_

        (2) Docket or case number (if you know): _1433 CR 2013_

        (3) Date of filing (if you know): _January 3, 2017_

        (4) Nature of the proceeding: _Post Conviction Hearing Act Petition_

        (5) Grounds raised: _Trial Counsel Labored Under Conflict of Interest Abandoning Duty of Loyalty to Client; Trial Counsel ineffective failing to call expert witness and failing to familiarize himself with the forensic evidence of the Case; Trial Counsel ineffective for failing to impeach Commonwealth Witnesses with expectation of leniency_

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

            Yes ☑  No ☐

        (7) Result: _Petition denied Post Conviction Relief denied_

        (8) Date of result (if you know): _January 12, 2021_

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1)  First petition:     Yes ☑  No ☑

(2)  Second petition:   Yes ❑  No ❑

(3)  Third petition:    Yes ❑  No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: In Pennsylvania a PCRA applicant need not seek Allowance of Appeal In Supreme Court of Pennsylvania to have fully exhausted State remedies for the filing of a writ of habeas corpus.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Trial Counsel ineffective for failing to impeach Commonwealth witnesses, expectation of leniency

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Three of the Commonwealth witnesses had pending criminal charges when they testified in the within trial and counsel failed to ask any of them if they had any expectation of leniency - See attached Memorandum of Law

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Hearing Act (PCRA) petition

Name and location of the court where the motion or petition was filed: Dauphin County Court of Common Pleas

Docket or case number (if you know): 1433 CR 2013

Date of the court's decision: January 12, 2021

Result (attach a copy of the court's opinion or order, if available): PCRA Relief Denied

(3) Did you receive a hearing on your motion or petition?

Yes ☑  No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Superior Court Of Pennsylvania

Docket or case number (if you know): 200 MDA 2021

Date of the court's decision: February 3, 2022

Result (attach a copy of the court's opinion or order, if available): Lower Court Decision Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** Trial Counsel failure to investigate the Scientific evidence of the case and failing to call blood spatter expert

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): See Attached Memorandum Of Law for the facts that support this claim.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

　　(1) If you appealed from the judgment of conviction, did you raise this issue?

　　　　Yes ❏　No ❏

　　(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

　　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

　　　　Yes ☑　No ❏

　　(2) If your answer to Question (d)(1) is "Yes," state:

　　Type of motion or petition: _PCRA Petition_

　　Name and location of the court where the motion or petition was filed: _Dauphin County Court_
_of Common Pleas_

　　Docket or case number (if you know): _1433 CR 2013_

　　Date of the court's decision: _January 12, 2021_

　　Result (attach a copy of the court's opinion or order, if available): _PCRA Relief Denied_

_____

　　(3) Did you receive a hearing on your motion or petition?

　　　　Yes ☑　No ❏

　　(4) Did you appeal from the denial of your motion or petition?

　　　　Yes ☑　No ❏

　　(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

　　　　Yes ☑　No ❏

　　(6) If your answer to Question (d)(4) is "Yes," state:

　　Name and location of the court where the appeal was filed: _Superior Court of_
_Pennsylvania_

　　Docket or case number (if you know): _200 MDA 2021_

　　Date of the court's decision: _February 3, 2022_

　　Result (attach a copy of the court's opinion or order, if available): _Lower Court Decision_
_Affirmed_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** Trial Counsel Abandoned Duty Of Loyalty and Labored Under a Conflict Of Interest

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): See Attached Memorandum Of Law for the facts that support this Claim

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: PCRA Petition

Name and location of the court where the motion or petition was filed: Dauphin County Court Of Common Pleas

Docket or case number (if you know): _1433 CR 2013_

Date of the court's decision: _January 12, 2021_

Result (attach a copy of the court's opinion or order, if available): _PCRA Relief Denied_

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Superior Court of_
_Pennsylvania_

Docket or case number (if you know): _200 MDA 2021_

Date of the court's decision: _February 3, 2022_

Result (attach a copy of the court's opinion or order, if available): _Lower Court Decision_
_Affirmed_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

**GROUND FOUR:** _N A_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ❑  No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

    _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

       Yes ❑  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    (3) Did you receive a hearing on your motion or petition?

       Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion or petition?

       Yes ❑  No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

       Yes ❑  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____
_____
_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?        Yes ☑ No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: In Pennsylvania a PCRA applicant need not seek Allowance of Appeal In the Supreme Court of Pennsylvania to have fully exhausted State remedies for the filing of a writ of habeas Corpus

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____
_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?        Yes ❑ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Elizabeth Ruby and Michael Duda_

(b) At arraignment and plea: _Elizabeth Ruby and Michael Duda_

(c) At trial: _Elizabeth Ruby and Michael Duda_

(d) At sentencing: _Elizabeth Ruby and Michael Duda_

(e) On appeal: _Ryan H. Lysaght_

(f) In any post-conviction proceeding: _Damian J. DeStefano_

(g) On appeal from any ruling against you in a post-conviction proceeding: _Pro se_

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
    why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

On December 30, 2015, Petition for Allowance of Appeal
was denied by the Supreme Court of Pennsylvania and
Petitioner's Judgment of Sentence became final 90 days
from that date. All the time has been tolled since the
filing of the timely PCRA petition filed January 3, 2017,
till February 3, 2022, when the Superior Court of Pennsylvania
Affirmed the lower Court's Denial of Post Conviction Relief.
Thus, with the equitable tolling as defined at 28 U.S.C. §
2244(d)(1)(A) and (2) this Petition for Writ of Habeas Corpus
is timely.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d)
provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the
   time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the
   Constitution or laws of the United States is removed, if the applicant was prevented from filing by such
   state action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the
   right has been newly recognized by the Supreme Court and made retroactively applicable to cases on
   collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered
   through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under
this subsection.

Page 15

Therefore, petitioner asks that the Court grant the following relief: _Evidentiary Hearing, New_
_Trial, Dismissal of Case in it's entirety, Appointment of_
_Counsel_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Petition for Writ of Habeas Corpus was placed in the prison mailing system on _March 15, 2022_
_____ (month, date, year).

Executed (signed) on _March 15, 2022_ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing
this petition. _____
_____
_____

* * * * *



Jonathan Cornish LR8518
SCI Fayette
50 Overlook Drive
LaBelle, PA 15450-0999

US POSTAGE PITNEY BOWES
$ 009.90⁰

RECEIVED
SCRANTON
MAR 25 2022
PER _____ DEPUTY CLERK

Clerk, United States District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501-1148

PRIORITY
★ MAIL ★
TRACKED
INSURED
UNITED STATES POSTAL SERVICE.
For Domestic Use Only

USPS TRACKING #
9114 9022 0078 9674 1604 93